## HARTFORD FIRE INS. CO. v. SCHEUER et al.

(Circuit Court of Appeals, Fifth Circuit. March 18, 1924.)

No. 4236.

In Error to the District Court of the United States for the Northern District of Florida; William B. Sheppard, Judge.

Action at law by M. Scheuer and C. W. Cobb, trustees, and others, against the Hartford Fire Insurance Company. Judgment for plaintiffs, and defendant brings error. Reversed and remanded.

J. E. D. Yonge, of Pensacola, Fla., and Daniel MacDougald, of Atlanta, Ga. (Spalding, MacDougald & Sibley, of Atlanta, Ga., Carter & Yonge, of Pensacola, Fla., and McGeachy & Lewis, of Milton, Fla., on the brief), for plaintiff in error.

W. H. Watson and Samuel Pasco, Jr., both of Pensacola, Fla. (W. W. Clark, of Milton, Fla., on the brief), for defendants in error.

Before WALKER and BRYAN, Circuit Judges, and SIBLEY, District Judge.

BRYAN, Circuit Judge. The parties have stipulated that no record should be printed in this case and that it should abide the result in St. Paul Fire & Marine Insurance Co. v. M. Scheuer et al. (No. 4232) 298 Fed. 257, this day reversed and remanded; the issues in the two cases being the same.

It is therefore ordered that the judgment herein be reversed, and the cause remanded for a new trial.